**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seantain Cook, | No. CV-23-00688-PHX-KML (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Health Services, et al., | |
| Defendants. | |

Plaintiff Seantain Cook filed a motion seeking reconsideration of the court's order adopting a Report and Recommendation. (Doc. 114.) Although not entirely clear, Cook's motion appears to focus on his proposed count one that involved medical care provided in 2018. (Doc. 114 at 44.) The court concluded that count was barred by the statute of limitations and Cook argues that was incorrect. The motion provides a lengthy overview of Cook's medical conditions and treatments, but it does not provide a basis to reach a different conclusion regarding application of the statute of limitations.

**IT IS ORDERED** the Motion for Relief (Doc. 114) is **DENIED**.

Dated this 21st day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge